IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL CHEREK,<br><br>                Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>                Defendant. | **8:23CV541**<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation to Dismiss with Prejudice, signed by counsel for the parties. Filing 27. The parties request that the Court dismiss this case with prejudice, with each party to pay its own costs, and with a complete record waived. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation to Dismiss with Prejudice, Filing 27, is accepted, and this matter is dismissed with prejudice, with each party to pay its own costs, and with a complete record waived.

Dated this 20th day of March, 2025.

                                                          BY THE COURT:

                                                          _____
                                                          Brian C. Buescher
                                                          United States District Judge